UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                           Case No. 11-cr-125-PB

<u>Joseph Lawyer</u>

**O R D E R**

The defendant has moved through counsel to continue the January 4, 2012 trial in the above case, citing the need for additional time to engage in plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from January 4, 2012 to March 6, 2012.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court December 22, 2011 final pretrial conference is continued to February 28, 2012 at 4:00 p.m.

SO ORDERED.

>/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 14, 2011

cc: Richard Monteith, Jr., Esq.
Robert Veiga, AUSA
United States Marshal
United States Probation